# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Patricia BOBBS,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>NATIONAL CLAIMS ADJUSTERS, INC.,<br><br>　　　　　　　　　　Defendant. | Case No.: 21-cv-01323-TWR-BGS<br><br>**ORDER DENYING PLAINTIFF'S EX PARTE MOTION TO CONTINUE OR VACATE MANDATORY SETTLEMENT CONFERENCE**<br><br>**[ECF 44]** |

On March 9, 2023, Plaintiff filed an ex parte motion seeking to "continue the [March 10, 2023, Mandatory Settlement Conference] for 14 days or, given the default and the likelihood that Defendant will not appear, vacate the MSC and enter a deadline of 14 days from today to allow Plaintiff time to file her Motion for Default Judgment." (ECF 44 at 2.) Plaintiff's ex parte motion to continue or vacate the MSC is **DENIED**.[1]

**IT IS SO ORDERED.**

Dated: March 9, 2023

Hon. Bernard G. Skomal
United States Magistrate Judge

---

[1] To the extent that Plaintiff's ex parte motion requests additional time to file a motion for entry of a default judgment, she must file such a motion before the District Judge assigned to this case because a motion for entry of a default judgment generally cannot be heard by this Court. *See* CivLR 72.1(b); *see also Lopez v. Opes Investments, Inc.*, No. CV 18-2597 SS, 2018 WL 6050897 (C.D. Cal. May 22, 2018) ("[A] magistrate judge cannot enter default judgment against a party in an in personam action absent that party's consent.).